1  MARK EMMETT, SBN 182053
   SCOTTLYNN J HUBBARD IV, SBN, 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone: (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff

           UNITED STATES DISTRICT COURT

           EASTERN DISTRICT OF CALIFORNIA

RONALD WILSON,                         Case No. CIV. S-06-01537-DFL-KJM

       Plaintiff,

v.                                     **REQUEST FOR DISMISSAL AND ORDER THEREON**

MARIE CALLENDER PIE SHOPS, INC., et al.,

       Defendants.
                                    /

Request For Dismissal and [Proposed] Order Thereon          Wilson v. Marie Callender's, et al.
                                                            CIV. S-06-01537-DFL-KJM

Dockets.Justia.com

TO THE COURT AND ALL PARTIES:

Pursuant to FRCP 41(a)(1), the Plaintiff hereby request that all parties be dismissed without prejudice from the above-entitled action.

Dated: July 28, 2006                    DISABLED ADVOCACY GROUP, APLC

    /s/ Scottlynn J Hubbard, IV, Esquire
SCOTTLYNN J HUBBARD, IV
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-01537-DFL-KJM, is hereby dismissed without prejudice.

Dated: 7/31/2006

_____
DAVID F. LEVI
United States District Judge