MARK EMMETT, SBN 182053
SCOTTLYNN J HUBBARD IV, SBN, 212970
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILSON, | Case No. CIV. S-06-01537-DFL-KJM |
| Plaintiff, | |
| v. | **REQUEST FOR DISMISSAL AND ORDER THEREON** |
| MARIE CALLENDER PIE SHOPS, INC., et al., | |
| Defendants. | |

1  TO THE COURT AND ALL PARTIES:

2      Pursuant to FRCP 41(a)(1), the Plaintiff hereby request that all parties be dismissed
3  without prejudice from the above-entitled action.

6  Dated: July 28, 2006                    DISABLED ADVOCACY GROUP, APLC

8                                     /s/ Scottlynn J Hubbard, IV, Esquire
                                    SCOTTLYNN J HUBBARD, IV
9                                      Attorney for Plaintiff

13  **ORDER**

14      IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-
15  01537-DFL-KJM, is hereby dismissed without prejudice.

17  Dated: 7/31/2006

20  _____
    DAVID F. LEVI
    United States District Judge